JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL SHEIKH, | Case No. 8:24-cv-00559-JWH-JDEx |
| Plaintiff, | |
| v. | **JUDGMENT** |
| METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to the Scheduling Notice and Order [ECF No. 26] entered on or about July 4, 2025, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 19, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE